# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**ROBERT M. FOX**

*Plaintiff*

VS.                    5:02-CV-1445 (HGM) (DEP)

**COUNTY OF CAYUGA; CAYUGA COUNTY SHERIFF'S DEPARTMENT and PETER PICKNEY**
*Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motions to Compel are granted, the Motion to Dismiss the action is granted, the Report Recommendations of Magistrate Judge David E. Peebles is adopted in its entirety and the action is dismissed with prejudice. The Court refers this case back to the Magistrate Judge for a determination of attorneys' fees and reasonable expenses to be paid to the defendants'.

All of the above pursuant to the Order of the Honorable Senior Judge Howard G. Munson, dated the 11th day of July, 2006.

| | |
|---|---|
| **JULY 12, 2006** | **LAWRENCE K. BAERMAN** |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |