# United States District Court
### Northern District of New York
# AMENDED JUDGMENT

*ROBERT M. FOX*

*Plaintiff*

VS.                                                    5:02-CV-1445 (HGM) (DEP)

*COUNTY OF CAYUGA; CAYUGA COUNTY SHERIFF'S DEPARTMENT and PETER PICKNEY*
*Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motions to Compel are granted, the Motion to Dismiss the action is granted, the Report Recommendations of Magistrate Judge David E. Peebles is adopted in its entirety and the action is dismissed with prejudice. The Court orders attorneys' fees in the amounts of $1,310.40 and $931.50 be awarded to defendant Cayuga County and defendant Pinckney respectively, against the plaintiff and his attorney Marcie J. Mason, Esq., jointly and severally for said amounts.

All of the above pursuant to the Orders of the Honorable Senior Judge Howard G. Munson, dated 7/11/2006 and 9/22/2006.

**SEPTEMBER 25, 2006**                                **LAWRENCE K. BAERMAN**

**DATE**                                                          **CLERK OF COURT**

                                                                          s/

                                                                          **JOANNE BLESKOSKI**
                                                                          **DEPUTY CLERK**